IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IMMANUEL SHELTER, INC, | § | |
| | § | No. 224, 2018 |
| Respondent Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | CA No. S17A-09-001 |
| KENNETH BARTHOLOMEW & | § | |
| JOHN R. ZAWISLAK, | § | |
| | § | |
| Petitioners Below, | § | |
| Appellee. | § | |

Submitted: February 13, 2019
Decided: February 18, 2019

Before **VAUGHN, SEITZ** and **TRAYNOR**, Justices.

## O R D E R

This 18th day of February, 2019, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its March 28, 2018 Memorandum Opinion.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *Hartigan v. Sussex Cnty. Bd. Of Adjustment*, 2018 WL 1559938 (Del. Super. Ct. March 28, 2018).